UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUSTIN MELFI,

                 PLAINTIFF,

         vs.                       **NOTICE OF MOTION FOR EXTENSION OF TIME**

CITY OF OLEAN, CITY OF OLEAN FIRE DEPT.,
MAYOR WILLIAM J. AIELLO and,              **21-cv-39Sk(F)**
CHIEF TIM RICHARDSON.

                       DEFENDANTS.

---

       **PLEASE TAKE NOTICE**, that, upon the annexed affirmation of Lindy Korn, Esq., sworn to February 11, 2022, together with exhibits, both Plaintiff and Defendants jointly move this Court for a ninety (90) day extension of the deadlines contained within the Scheduling Order issued on May 4, 2021.

Dated:   February 11, 2022
          Buffalo, New York

   *s/ Lindy Korn*
   Lindy Korn, Esq.
   William F. Harper V, Esq.
   *Attorneys for Plaintiff*
   Law Office of Lindy Korn
   Electric Tower
   535 Washington Street, Ninth Floor
   Buffalo, New York 14203
   Telephone: (716) 856-5676
   Facsimile: (716) 507-8475
   lkorn@lkorn-law.com
   wharper@lkorn-law.com