IN UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK
_____

JUSTIN MELFI,

                Plaintiff,        **NOTICE OF MOTION FOR**
                                                      **SUMMARY JUDGMENT**

   v.

CITY OF OLEAN,                                Case No. 21-cv-39
CITY OF OLEAN FIRE DEPARTMENT,
MAYOR WILLIAM J. AIELLO, and
CHIEF TIM RICHARDSON,

                Defendants.
_____

      **PLEASE TAKE NOTICE** that a motion will be made for the relief specified herein in connection with the above entitled action as follows:

| | |
|---|---|
| **MOTION MADE BY:** | City of Olean, City of Olean Fire Department, Mayor William J. Aiello, and Chief Tim Richardson (collectively "Defendants"). |
| **DATE, TIME & PLACE OF MOTION:** | At the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202, before the Hon. William M. Skretny, at a date, place, and time to be determined by the Court. |
| **SUPPORTING PAPERS:** | Declaration of Christopher P. Maugans, with exhibits, dated January 31, 2024; Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56(a)(1), dated January 30, 2024; Affidavit of Robert Patrick Bell, with exhibits, sworn to on January 31, 2024; Affidavit of Timothy Richardson, with exhibits, sworn to on January 31, 2024; Affidavit of William J. Aiello, with exhibits, sworn to on January 30, 2024; Affidavit of Pat Zink, with exhibits, sworn to on January 31, 2024; and accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment. |

39206456.v1

| | |
|---|---|
| **RELIEF SOUGHT AND GROUNDS THEREFOR:** | 1. An Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants' Motion for Summary Judgment and dismissing the Complaint in this action; and; |
| | 2. Such other and further relief as the Court deems proper. |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7(a)(1) of the Local Rules of Civil Procedure for the Western District of New York, Defendant intends to file reply papers.

DATED: Buffalo, New York
       January 31, 2024

_____
Christopher P. Maugans, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
665 Main Street
Buffalo, New York 14203
(716) 710-5825
cmaugans@goldbergsegalla.com

TO: LAW OFFICE OF LINDY KORN PLLC
    William F. Harper, Esq.
    Lindy Korn, Esq.
    *Attorney for Plaintiff*
    535 Washington Street, Ninth Floor
    Buffalo, New York 14203
    (716) 856-5676
    WHarper@lkorn-law.com
    Lkorn@lkorn-Law.com

39206456.v1