# EXHIBIT E





Department of
# FIRE, BUILDING, AND EMERGENCY SERVICES

Robert P. Bell
Fire Chief

To:     Justin Melfi
        Firefighter

From:   Robert Bell
        Fire Chief

Re:     Written Reprimand

March 11, 2019

In accordance with paragraph 5.5.3 of the Collective Negotiations Agreement between the City of Olean and Local 1796 of the Olean Professional Firefighter's Association, you are hereby notified of the following action of misconduct which I have determined warrant a written reprimand.

On or about December 20, 2018 you will fully and wrongfully were insubordinate when you disobeyed Captain Zink's order to leave the captain's office.

On or about December 20, 2018 you willfully and wrongfully showed disrespect and discourteous behavior toward superior ranked officer when you stated several times "well do something about it" in a challenging nature.

It is the intent of this written reprimand to advise you that this written reprimand will become a part of your individual file *for a period of 12 months.* After 12 months, it will not be considered for any further action if there have been no further infractions by that firefighter during that period. If subsequent disciplinary action is necessary within the 12-month period, then progressive disciplinary action will be taken beginning at suspension up to and including termination for misconduct where a physical force, battery or assault is an element.

_____ Justin Melfi Fire Fighter

_____ Captain Zink Witness

_____ Robert Bell Fire Chief

_____ Union Representative

Page 1 of 1