# EXHIBIT MM



Department of

# FIRE, BUILDING, AND EMERGENCY SERVICES

Robert P. Bell
Fire Chief

I understand that I have been placed on administrative leave pending a thorough review of the ███████████████████████ arrest ██████████████████████████████ ████████████████████ I understand the leave will be with pay and not disciplinary.

Further, I understand that I am not to enter city property during this period of administrative leave unless with permission of the Mayor and/or Fire Chief.

Michael P Connelly

Mike Connelly, Captain Department of Fire
Building and Emergency Services

Dated: March 7, 2016

Union Representative

Robert Bell
Fire Chief