# EXHIBIT OO



**CITY OF OLEAN**
**FIRE DEPARTMENT**

May 7, 2021

RE: Letter of Clarification

Lt Gaylor:

The notice you were given on April 30 indicates under "disciplinary actions" that you are "suspended with pay."' To avoid any misunderstanding, you are suspended with pay pending investigation. No decision on whether you will be disciplined has been made.

Respectfully,

Timothy C. Richardson
Fire Chief

September 2, 2021

RE: Provisional Lieutenant Status

Mr. Gaylor,

In light of events that have occurred over the last four months ███████████ ███████████ even after several advisements from not only myself but the Mayor and Police Chief ███████████████████████ I am left with no option but to remove your "Provisional Lieutenant Status" effective immediately. You will be moved to the rank of Firefighter.

Respectfully,

Timothy C. Richardson
Fire Chief



**CITY OF OLEAN**
**FIRE DEPARTMENT**

June 3, 2021

RE: Lieutenant Gaylor Unpaid Suspension

Lieutenant Gaylor:

You are hereby suspended without pay pursuant to Section 5.5.6 pending disposition of contractual discharge proceedings against you.

Further, as per past practice, members under unpaid suspension shall promptly surrender all fire department property to the Fire Chief. Immediately you shall surrender all keys issued to you.

Also, you are not to enter city property during this period of suspension without my advance permission.

_____
Lieutenant Terry Gaylor Jr.

_____
Timothy Richardson, Fire Chief

_____
Local 1796 Representative

_____
William Aiello, Mayor

Fire Chief
Timothy Richardson
542 North Union Street
Olean, New York 14760
(716) 376-5703

Confidential                                                                                                    COO-000321